# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Joseph Green, et al.,

    Plaintiff,

vs.

Countrywide Home Loans, Inc., et al.,

    Defendant(s).

Case # 3:09-cv-00374-BES (GWF)

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

_____Lucia Nale_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at _____Wilmette_____
(city)

_____Cook_____, _____Illinois_____
(county)        (state)

2. That Petitioner is an attorney at law and a member of the law firm of _____Mayer Brown LLP_____ with offices at _____71 South Wacker Drive_____ (street address), _____Chicago, Illinois_____ (city), _____60606_____ (zip code), _____(312) 782-0600_____ (area code + telephone number)

lnale@mayerbrown.com
*(Email address)*

3. That Petitioner has been retained personally or as a member of the law firm by CitiMortgage, Inc.; CR Title Services, Inc. [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since 11/09/89 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Illinois (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Illinois Supreme Court | 11/09/89 | 6201684 |
| U.S. District Court for Northern District of Illinois | 12/20/89 | 6201684 |
| U.S. Court of Appeals, Sixth Circuit | 11/08/94 | N/A |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No

8. That Petitioner is a member of good standing in the following Bar Associations:

None

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
| --- | --- | --- | --- |
| October 25, 2006 | 06-50777 GWZ | U.S. Bankruptcy Court District of NV | Granted |
| November 6, 2006 | 06-50777 GWZ | U.S. Bankruptcy Court District of NV | Granted |
| November 7, 2006 | 06-50777 GWZ | U.S. Bankruptcy Court District of NV | Granted |
| March 6, 2007 | 2:03-cv-01075-RCJ-LRL | U.S. District Court District of Nevada | Granted |
| | See attached statement | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF    Illinois    )
COUNTY OF   Cook       )

___Lucia Nale___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this

27th day of July 2009.

_____
Notary public or Clerk of Court

OFFICIAL SEAL
ELAINE J. NELSON
Notary Public - State of Illinois
My Commission Expires Sep 22, 2011

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Leslie Bryan Hart___, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

50 West Liberty Street
Reno, NV 89501
(775) 788-8650

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _____Leslie Bryan Hart_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature) Associate General Counsel, CitiMortgage Inc. and CR Title Services, Inc.

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____        4932
Designated Resident Nevada Counsel's Signature    Bar number

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Mayer Brown LLP Applications Submitted
Under Local Rule IA
(continued from page 3 of Petition)

| Date of Application | Cause | Title of Court, Administrative Body or Arbitrator | Granted or Denied |
|---|---|---|---|
| March 6, 2007 | 2:03-cv-01075-RCJ-LRL | U.S. District Court for the District of Nevada | Granted |
| July 9, 2007 | 2:07-cv-00795-RCJ-RJJ | U.S. District Court for the District of Nevada | Granted |
| December 11, 2007 | CV-S-07-01423-ECR | U.S. District Court for the District of Nevada | Granted |
| June 17, 2008 | 2:08-cv-00396-JCM-GWF | U.S. District Court for the District of Nevada | Granted |
| June 18, 2008 | 2:08-cv-00396-JCM-GWF | U.S. District Court for the District of Nevada | Granted |
| July 2, 2008 | 2:05-cv-01364-LDG-LRL | U.S. District Court for the District of Nevada | Granted |
| October 17, 2008 | 2:08-cv-01358-KJD (RJJ) | U.S. District Court for the District of Nevada | Granted |
| October 17, 2008 | 2:08-cv-01358-KJD (RJJ) | U.S. District Court for the District of Nevada | Granted |
| April 7, 2009 | 2:09-cv-00534-RCJ-PAL | U.S. District Court for the District of Nevada | Granted |
| April 7, 2009 | 2:09-cv-00534-RCJ-PAL | U.S. District Court for the District of Nevada | Granted |
| June 5, 2009 | 3:09-cv-00180-ECR-VPC | U.S. District Court for the District of Nevada | Granted |
| June 5, 2009 | 3:09-cv-00180-ECR-VPC | U.S. District Court for the District of Nevada | Granted |
| June 24, 2009 | 3:09-cv-00306-ECR | U.S. District Court for the District of Nevada | Granted |
| June 24, 2009 | 3:09-cv-00306-ECR | U.S. District Court for the District of Nevada | Granted |

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of Lionel Sawyer & Collins and not a party to, nor interested in, the within action; that on the 28th day of July, 2009, a true and correct copy of the **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL,** was transmitted electronically through the Court's CM/ECF electronic notice system*, to the attorneys associated with this case.

/s/
Leslie M. Lucero

*If electronic notice is not indicated through the court's e-filing system, a true and correct **paper** copy of the foregoing document was delivered via U.S. Mail.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA PLAZA
50 WEST LIBERTY ST.
RENO,
NEVADA 89501
(775) 788-8666