```
                  UNITED STATES DISTRICT COURT
                       DISTRICT OF NEVADA
                         RENO, NEVADA
```

JOSEPH GREEN, et al.,            )    3:09-CV-00374-ECR-GWF
                                 )
    Plaintiffs,                  )    MINUTES OF THE COURT
                                 )
vs.                              )    DATE: April 22, 2010
                                 )
COUNTRYWIDE HOME LOANS, INC.,    )
et al.,                          )
                                 )
    Defendants.                  )
                                 )
_____)

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN         Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING


MINUTE ORDER IN CHAMBERS

    **IT IS HEREBY ORDERED** that the Ex Parte Application for Extension of Time (#285) to Respond to Motions to Dismiss, filed April 20, 2010, is **GRANTED** on the following basis.

    Plaintiffs shall have until May 7, 2010, within which time to respond to the subject motions.


                                                                  LANCE S. WILSON, CLERK

                                                                  By          /s/
                                                                          Deputy Clerk