# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH GREEN, *et. al.*, | ) |
| Plaintiffs, | ) Case No. 3:09-cv-00374-ECR-GWF |
| vs. | ) **ORDER** |
| COUNTRYWIDE HOME LOANS, INC., *et. al.*, | ) Motion to Withdraw (Dkt. #313) |
| Defendants. | ) |

This matter is before the Court on Karl L. Nielson, Esq. and the law firm of Jones Vargas' Motion to Withdraw as Counsel of Record for Defendant NDEX West, LLC (#313), filed August 12, 2010. The Court finds the movants substantially establish good cause for the withdrawal and Defendant NDEX West, LLC will continue to be represented by local counsel through Adam K. Bult, Esq. and the law firm of Brownstein Hyatt Farber Schreck. Accordingly,

**IT IS HEREBY ORDERED** that Karl L. Nielson, Esq. and the law firm of Jones Vargas' Motion to Withdraw as Counsel of Record for Defendant NDEX West, LLC (#313) is **granted**.

DATED this 23rd day of August, 2010.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**