Cynthia Alexander, Esq. (Nevada Bar No. 6718)
Erica Stutman, Esq. (Nevada Bar No. 10794)
SNELL & WILMER LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

Thomas M. Hefferon, Esq. (*pro hac vice*)
Joseph F. Yenouskas, Esq. (*pro hac vice*)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
thefferon@goodwinprocter.com
jyenouskas@goodwinprocter.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH GREEN et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC. et al.,<br><br>Defendants. | Case No. 3:09-cv-374-ECR-GWF<br><br>ORDER GRANTING<br><br>**EMERGENCY UNOPPOSED MOTION FOR EXTENSION OF TIME FOR COUNTRYWIDE HOME LOANS, INC. AND WELLS FARGO BANK, N.A. TO FILE REPLIES IN SUPPORT OF THEIR MOTIONS TO VACATE NONFORECLOSURE STIPULATIONS (Third Request)[1]** |

Pursuant to Local Rules 6-1 and 6-2, Defendant, Countrywide Home Loans, Inc. and Defendant Wells Fargo Bank, N.A. (collectively, "Defendants"), by and through their undersigned Counsel, move for a three (3) week extension of time, up through and including September 13, 2010, to file replies in support of their respective Motion to Vacate Non-Foreclosure Stipulations, which were filed May 19, 2010.

---

[1] The first two requests for an extension were obtained by stipulation and order, as described below.

11910145

1   On May 19, 2010, Defendant Countrywide Home Loans, Inc. filed a Motion to Vacate
2   Non-Foreclosure Stipulations (Doc. #299), and Defendant Wells Fargo Bank, N.A. also filed a
3   Motion to Vacate Non-Foreclosure Stipulations (Doc. #297). Plaintiffs filed an Opposition to the
4   motions on July 1, 2010. (Doc. # 307). Defendants obtained a stipulated extension of time to file
5   their respective replies until August 2, 2010 so that Defendants would have time to gather the
6   facts and arguments need to file reply briefs and to consider a proposal made by Plaintiffs about
7   possible resolution of this dispute raised in the motions. (Doc. #309) Defendants obtained a
8   second stipulated extension of time to file their respective replies until August 23, 2010 because
9   the parties were in the process of discussing details of a stipulation that would informally resolve
10  this dispute. (Doc. #311).

11  The parties are still in the process of discussing details of a stipulation that would
12  informally resolve this dispute. As both the Court's and the parties' resources will be preserved if
13  the parties are able to agree upon a resolution, Defendants request an additional three week
14  extension of time to file their respective replies, up through and including September 13, 2010.
15  Plaintiffs' counsel has agreed to the extension. However, Defendants are filing this motion
16  because Defendants' counsel has been unable to reach Plaintiffs' counsel to sign stipulations
17  reflecting the extensions. Defendants' counsel has no reason to believe Plaintiffs oppose this
18  requested extension.

19  WHEREFORE, Defendants respectfully request that the Court grant this Emergency
20  Unopposed Motion For Extension of Time For Countrywide Home Loans, Inc. and Wells Fargo
21  Bank, N.A. To File Replies In Support of Their Motions To Vacate Nonforeclosure Stipulations,
22  and order that Defendants' replies are due on or before September 13, 2010.

23   Dated:  August 23, 2010

Respectfully submitted,

/s/ Erica Stutman
Cynthia Alexander, Esq.
(Nevada Bar No. 6718)
Erica Stutman, Esq.

11910145

- 2 -

(Nevada Bar No. 10794)
SNELL & WILMER LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

Thomas M. Hefferon, Esq. (*pro hac vice*)
Joseph F. Yenouskas, Esq. (*pro hac vice*)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
thefferon@goodwinprocter.com
jyenouskas@goodwinprocter.com
*Attorneys for Defendant Wells Fargo Bank, N.A.*

*/s/ ARIEL E. STERN*
ARIEL E. STERN, ESQ. #8276
JACOB BUNDICK, ESQ. # 9772
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, NV 89101
Tel: (702) 634-5000
Fax: (702) 366-1953

Thomas M. Hefferon, Esq. (*pro hac vice*)
Joseph F. Yenouskas, Esq. (*pro hac vice*)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
*Attorneys for Defendant Countrywide Home Loans, Inc.*

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** August 24, 2010