UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA

JOSEPH GREEN, et al.,             )    3:09-CV-00374-ECR-GWF
                                  )
    Plaintiffs,                   )    MINUTES OF THE COURT
                                  )
vs.                               )    DATE: September 15, 2010
                                  )
COUNTRYWIDE HOME LOANS, INC.,     )
et al.,                           )
                                  )
    Defendants.                   )
                                  )
_____)

PRESENT:     EDWARD C. REED, JR.              U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN       Reporter:    NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING


MINUTE ORDER IN CHAMBERS

**IT IS HEREBY ORDERED** that in light of the Stipulation (#321) of the parties, filed on September 14, 2010, the Motion, filed by Defendant Countrywide Home Loans, Inc., to Vacate Non-Foreclosure Stipulations (#299) is **DENIED** as moot.


                                          LANCE S. WILSON, CLERK

                                          By _____/s/_____
                                                Deputy Clerk