UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH GREEN, et al., | Case No. 3:09-cv-00374-ECR-GWF |
| Plaintiffs, | |
| vs. | ORDER |
| COUNTRYWIDE HOME LOANS, INC., et al., | |
| Defendant(s). | |

On April 22, 2011, Defendants Midland Mortgage Co. and MidFirst Bank filed a Motion for Expedited Relief to Dissolve Non-Foreclosure Stipulation (#328). Subsequent to the Motion for Expedited Relief to Dissolve Non-Foreclosure Stipulation (#328) being filed, Plaintiff filed a Notice of Voluntary Dismissal (#329) pursuant to Federal Rules of Civil Procedure 41(a)(1).

No answer or motion for summary judgment was ever filed by Defendants Midland Mortgage or MidFirst Bank. Hence, it appears to the Court that the dismissal by Plaintiff under Fed.R.Civ.P. 41(a)(1) is effective to dismiss the action notwithstanding the pending Motion for Expedited Relief to Dissolve Non-Foreclosure Stipulation (#328).

1       IT IS THEREFORE HEREBY ORDERED that Defendants' Motion for
2  Expedited Relief to Dissolve Non-Foreclosure Stipulation (# 328) is denied as
3  moot.

5       Dated this 15th day of July 2011.

_____
EDWARD C. REED, JR.
United States District Judge